IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER WILLIAMS, #19042243,  Petitioner, | § § § § |
| v. | §  Civil Case No. 3:19-CV-2979-N-BK § |
| MARIAN BROWN,  Respondent. | § § § |

# JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

The Clerk of the Court is **directed** to close this case.

SIGNED this 8th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE